<u>**Vita**</u>

# Anthony P. DeCaprio, Ph.D., DABT, F-ABFT

Office Address: Department of Chemistry & Biochemistry
International Forensic Research Institute
Florida International University
11200 S.W. 8th St., OE116B
Miami, FL  33199

Office Phone: (305) 348-2195
(305) 348-4485 (fax)

E-mail: adecapr@fiu.edu

Website: http://fatf.fiu.edu/

**EDUCATION & TRAINING:**

| | | | |
|---|---|---|---|
| Rensselaer Polytechnic Institute, Troy, NY | Biology | B.S. | (1975) |
| Albany Medical College, Albany, NY | Toxicology | Ph.D. | (1981) |
| Albany Medical College, Albany, NY | Toxicology | postdoctoral | |

**PROFESSIONAL INTERESTS:**

- Methods for comprehensive analysis of drugs, chemical pollutants, and their metabolites in analytical and forensic toxicology.
- Toxicology and pharmacology of drugs, pesticides, and occupational chemicals.
- Toxicology of PCBs, dioxins, and other persistent pollutants.

**PROFESSIONAL EXPERIENCE:**

| | | |
|---|---|---|
| 2009 - present | **Associate Professor (tenured)** | Department of Chemistry & Biochemistry, Florida International University, Miami, FL. |
| | **Director** | Forensic & Analytical Toxicology Facility. Forensic Science Certificate Program. |
| | | International Forensic Research Institute, Florida International University, Miami, FL. |

| 1998 - present | **President/Principal** | ToxRisk Associates<br>Pembroke Pines, FL |

- Expert consulting services in toxicology/pharmacology and occupational/environmental health to law firms, corporations, and trade groups.

| 2005 - 2008 | **Professor** | Environmental Health Sciences, School of Public Health & Health Sciences, University of Massachusetts Amherst. |

- Research and teaching in toxicology and environmental health science.

| 1997 - 2004 | **Visiting Associate Professor** | School of Public Health, University at Albany, SUNY. |
| | **Director** | Exposure Assessment Laboratory, University at Albany, SUNY. |

- Research and teaching in toxicology and environmental health science. Established and directed the UAlbany Exposure Assessment Laboratory, a NYSDOH/CLEP-accredited analytical toxicology laboratory for biomonitoring of environmental contaminants in human specimens.

| 1995 - 1997 | **Supervising Health Scientist** | ChemRisk[®] Division, McLaren/Hart Inc., Albany, NY. |

- Senior consultant and Practice Area Leader for the ChemRisk regional office in upstate New York. Directed toxicology, risk assessment, and occupational health consulting services for private sector clients.

| 1981 - 1995 | **Research Scientist I → IV** | Laboratory of Human Toxicology and Molecular Epidemiology, Wadsworth Center for Laboratories and Research, NYSDOH. |

- Toxicologist and team member on major environmental health projects, including the Love Canal chemical waste site and the Binghamton State Office Building transformer fire investigations. Key role in the development of toxicity equivalence factors (TEFs) methodology for dioxin risk assessment.
- Directed state- and federally-funded basic and applied research projects, including studies on protein binding of reactive chemical neurotoxicants, protein adducts as xenobiotic exposure biomarkers, and molecular mechanism of action of dioxins and PCBs.

**OTHER ACADEMIC APPOINTMENTS:**

| 2000 - present | **Faculty** | Institute for Health and the Environment, UAlbany, SUNY. |

| 1986 - 1995 | **Assistant/Associate Professor (part-time appointment)** | Department of Environmental Health and Toxicology, School of Public Health, UAlbany, SUNY. |
| 1985 - 1995 | **Adjunct Assistant Professor** | Department of Pharmacology and Toxicology, Albany Medical College. |

## PROFESSIONAL ACTIVITIES:

### Society Memberships (full memberships):

American Academy of Forensic Sciences
American Chemical Society
International Society of Exposure Science
Society of Forensic Toxicologists
Society of Toxicology
The International Association of Forensic Toxicologists

### Advisory Panels:

| 2012 | Invited reviewer, NCI special study section ZCA1 SRLB-Q (O1) reviewing applications under the Innovative Technology Development for Cancer Research program, June. |
| 2011 | Invited reviewer, NCI special study section ZCA1 SRLB-Q (J1) reviewing applications under the Small Grants Program for Cancer Epidemiology, November. |
| 2011 | Invited reviewer, NCI special study section ZCA1 SRLB-U (M1-R) reviewing applications under the Innovative Technology Development for Cancer Research program, March. |
| 2005 - 2006 | *Ad hoc* reviewer, Safety and Occupational Health Study Section, National Institute for Occupational Safety and Health, October '05 and February '05, '06 meetings. |
| 2005 | National Institute of Environmental Health Sciences (NIEHS), Special Emphasis Panel - National Center for Toxicogenomics Proteomics Biomarkers, July. |
| 2001 | *Ad hoc* member, Special Emphasis Panel, NIH National Center for Complementary and Alternative Medicine. |
| 1995 - 1996 | Member, Connecticut Academy of Science and Engineering Task Force on Biotechnology. |
| 1994 | Invited Panel Member, Science Panel Meeting on Chlorinated Dibenzo-p-Dioxins, US Agency for Toxic Substances and Disease |

Registry (ATSDR), Atlanta, GA, August.

**Session Chair:**

March 2001    Chair, Halogenated Hydrocarbons, Annual Meeting Society of
              Toxicology, San Francisco, CA.

**Editorial Activities:**

Editorial Board, *Journal of Toxicology*

Editorial Board, *Journal of Forensic Research and Crime Studies*

External peer reviewer, ATSDR Toxicological Profiles.

*Ad hoc* reviewer, ATSDR-sponsored research project applications, interim
reports, and manuscripts for publication.

*Ad hoc* reviewer, USEPA cooperative agreement proposals.

External peer reviewer USEPA Provisional Toxicity Assessment Issue Papers.

*Ad hoc* referee for the following scientific journals:

> Agricultural and Food Chemistry
> Analytical and Bioanalytical Chemistry
> Archives of Toxicology
> Bioanalysis
> Brain Research
> Bulletin of Environmental Contamination and Toxicology
> Chemical Research in Toxicology
> Clinical Chemistry
> Critical Reviews in Toxicology
> Dose-Response
> Drug Testing and Analysis
> Electrophoresis
> Environmental Health
> Environmental Health Perspectives
> Environmental Research
> European Biophysics Journal
> Forensic Chemistry
> Fundamental and Applied Toxicology
> Journal of Chromatography A
> Journal of Chromatography B
> Journal of Environmental Health
> Journal of Neurochemistry
> Journal of Pharmacology and Experimental Therapeutics
> Journal of the Neurological Sciences
> Journal of Toxicology and Environmental Health
> NeuroToxicology

Pharmacological Research
Psychopharmacology
Science of the Total Environment
Toxicological Sciences
Toxicology and Applied Pharmacology
Toxicology Letters

## PROFESSIONAL CERTIFICATIONS:

Diplomate of the American Board of Toxicology (1986; recertified 1991, 1996, 2001, 2006, 2011, 2016).

Certificate of Qualification (DECAA1) as Clinical Laboratory Director; NYSDOH Clinical Laboratory Evaluation Program (2002 - 2014).

Fellow of the American Board of Forensic Toxicology (F-ABFT) (2018 - present).

## ACADEMIC HONORS:

| | |
|---|---|
| 1980 | Dean's Certificate and the Frank C. Ferguson Prize for Excellence in Academic Studies, Albany Medical College. |
| 1980 - 1981 | Society of Toxicology Doctoral Research Fellowship Sponsored by The Procter and Gamble Company. |
| 2007 | Nomination; Outstanding Teacher Award; School of Public Health and Health Sciences, UMass Amherst. |

## RESEARCH FUNDING:

*Completed*:

| | |
|---|---|
| 1984 - 1987 | NIOSH R01 OH01972; **Molecular Mechanisms of Diketone Neurotoxicity**; (PI; $133,853). |
| 1990 - 1991 | Aaron Diamond Foundation; **Capital District Center for Drug Abuse Research and Treatment**; (Co-investigator, 5%; ~$500,000; PI: S. Glick, Albany Medical College). |
| 1990 - 1995 | NIEHS R01 ES05172; **Environmental Neurotoxicants and the Axonal Cytoskeleton**; (PI; $266,555). |
| 1993 - 1994 | NIH NCRR-BRS Shared Instrument Grant; **Mass Spectrometer for Structure-Function Research**; (Co-investigator, 10%; ~$500,000; PI: C. Manella, Wadsworth Center, NYSDOH). |
| 1998 - 2001 | NIEHS P42 ES04913; **Multidisciplinary Study of PCBs at** |

**Akwesasne**; (PI: Laboratory Services Core; $377,500/yr; Program PI: D. Carpenter, University at Albany).

1999 - 2000   University at Albany Faculty Research Award; **DNA Adducts by $^{32}$P-Postlabeling as PCB Exposure Biomarkers**; (PI; $2,800).

1999 - 2003   NIEHS R01 ES09795; **Disruption of Estrogenic Responses by PCB-PAH Mixtures**; (Co-investigator; 10%; $489,968; PI: K. Arcaro, UMass Amherst).

2000 - 2005   NIEHS R01 ES10904; **Mohawk Culture, Behavior, Toxicant Exposure and Health**; (Co-investigator, 15%; $2,622,151; PI: L. Schell, University at Albany).

2001 - 2004   CDC/ATSDR H75/ATH270079-01; **PCB Congener and Metabolite Patterns in Adult Mohawks: Biomarkers of Exposure and Individual Toxicokinetics**; (PI; $225,000).

2003          CDC/ATSDR; **University-Community Consortium for Anniston Environmental Health Research**; (Co-investigator, 5%; direct costs $1,265,820; PIs: J. Cash, M. Lavender, H. Frumkin, Emory University).

2003 - 2006   USEPA R831043; **Environmental Contaminants in Foodstuffs of Siberian Yu'piks from St. Lawrence Island, Alaska**; (Co-investigator, 10%; $469,800; PI: D. Carpenter, University at Albany).

2004 - 2008   CDC/ATSDR R01 TS000004; **PCB Congener/Metabolite Patterns in Akwesasne Mohawks**; (PI; $641,200).

2005 - 2006   NIEHS R56 ES007912; **Molecular Mechanisms of Hexacarbon-Induced Axon Atrophy**; (Co-investigator, 15%; subcontract $37,000; PI: R. LoPachin, Albert Einstein College of Medicine).

2006 - 2011   NIEHS R01 ES007912; **Molecular Mechanisms of Hexacarbon-Induced Axon Atrophy**; (Co-PI; 15%; subcontract $115,500/yr; PI: R. LoPachin, Albert Einstein College of Medicine).

2007 - 2008   NIEHS R56 ES010026; **PCB Disruption of Thyroid Hormone Action during Development**; (Co-investigator, 5%; $386,678; PI: T. Zoeller, UMass Amherst).

2007 - 2008   NIEHS R01 ES014675; **Gender Effects on PCB-Induced Dopamine Neurotoxicity**; (Co-investigator; 5%; subcontract $31,000; PI: R. Seegal, Wadsworth Center, NYSDOH).

2012 - 2013   NIJ 2011-DN-BX-K559; **Comprehensive Forensic Toxicological Analysis of Designer Drugs**; (PI; $143,225).

2011 - 2015   NCI R21 CA140036; **Platform for High-Throughput Analysis of Protein Adducts for Carcinogen Exposure**; (PI; $649,819).

2015 - 2017   NIDA U01 DA041156; **FIU-ABCD: Pathways and Mechanisms to Addiction in The Latino Youth of South Florida**; (Co-investigator; 5%; $1,063,094 (Year 1); PI: R. Gonzalez).

2015 - 2018   NIJ 2014-R2-CX-K006; **Forensic Toxicological Screening/Confirmation of 500+ Designer Drugs by LCQTOF-MS and LC-QqQ-MS Analysis**; (PI; $396,970).

2016 - 2018   NIJ 2015-NE-BX-K001; **Novel Blood Protein Modification Assay for Retrospective Detection of Drug Exposure**; (PI; $195,710).

2017 - 2019: NIJ 2017-IJ-CX-0004; **Development of Improved Extraction/Purification Methods for LC-QqQMS Analysis of Novel Psychoactive Substances**; (Co-PI; NIJ Graduate Fellowship to Ashley Kimble; $100,000).

*Active*:

2018 - 2020   NIJ 2017-MU-BX-0002; **Novel Blood Protein Modification Assay for Retrospective Detection of Drug Exposure - Development and Validation**; (PI; $467,885).

2017 - 2020   NSF 1739805; **Phase I IUCRC Florida International University: Center for Advanced Research in Forensic Science (CARFS) – Project 018: Systematic Comparison of Analytical Parameters in Forensic Hair Analysis**; (PI; $55,500).

2017 - 2020: NIJ 2017-IJ-CX-0005; **Optimization of Pretreatment Parameters in Hair Analysis for Drugs of Abuse and Understanding Protein-Drug Physicochemical Interactions**; (Co-PI; NIJ Graduate Fellowship to Jennett Chenevert; $100,000).

2019 - 2020   NIJ 2018-75-CX-0037; **Evaluating Analytical Parameters and Understanding Drug-Matrix Interactions in Forensic Hair Analysis**; (PI; $400,349).

2019 - 2021   NIEHS R03 ES031188-01; **Development of a DNA Adductome Database** (Co-PI for FIU subcontract; PI: J. Guo, Univ. of Minnesota; $164,907).

**TEACHING EXPERIENCE:**

*Florida International University:*

CHS 4430 (Introduction to Chemical Toxicology); Course Director and instructor; Fall semester 2011 - 2019.

CHS 5435 (Pharmacology and Toxicology of Drugs); Course Director and

instructor; Fall semester 2011 - 2019.

CHM 4930 (Senior Seminar in Chemistry); Course Director and instructor; Fall 2011, Spring 2012, Fall 2012, Spring 2014, Fall 2015, Fall 2016.

CHS 5990 (Principles of Toxicology); Course Director and instructor; Fall 2010.

CHS 5539 (Forensic Toxicology); Course Director and instructor; Spring semester 2010, 2012, 2014, 2016, 2018, 2020.

CHM 4130L (Instrumental Analysis Laboratory); Course Director and instructor; Spring 2010, Spring 2011.

CHS 5538C (Chemistry and Analysis of Drugs); Course Director and instructor; Spring semester 2009, 2011, 2013, 2015, 2017, 2019.

CHM 4130 (Instrumental Analysis); Course Director and instructor; Fall 2009.

CHM 5150 (Graduate Analytical Methods); Course Director and instructor; Fall 2009.

### UMass Amherst:

PUBHLTH 565 (Environmental Health Practices; core course for MPH students); Course Director and instructor; Spring and Fall 2005, Fall 2006, Spring and Fall 2007, Fall 2008.

PUBHLTH 565 (Environmental Health Practices; on-line course for Public Health Practice program); Course Director and instructor; Spring 2006, Fall 2007, and Spring 2008.

PUBHLTH 567 (Environmental Compliance & Regulations); Course Director and instructor; Spring 2007.

PUBHLTH 690X (Exposure Assessment in Environmental and Public Health); Course Director and instructor; Spring 2006, Spring 2008.

### University at Albany:

EHT 515 (Environmental Physiology); Lecturer, 1999 - 2000.

EHT 530 (Principles of Toxicology); Lecturer, 1986 - 2000.

EHT 590 (Introduction to Environmental Health; core course for MPH students); Course Director, 1998; Instructor, 1997, 1999 - 2004.

EHT 790 (EHT Seminars); Course Director, 1993.

EHT 830 (Topics in Neurotoxicology); Lecturer, 1992.

SPH 201 (Introduction to Public Health; undergrad course); Lecturer, 1998 - 2001.

Environmental Health and Toxicology Laboratory Rotations (1986-1995, 1997-2001).

### Albany Medical College:

Pharm 200 (Medical Pharmacology):  Instructor, 1990 -1994.
Pharmacology for Nurse Anesthesiology:  Instructor, 1993 -1994.

## STUDENT ADVISEMENT:

### Current (FIU):

#### Thesis/dissertation committee chair and mentor:

| | |
|---|---|
| Jennett Chenevert | Ph.D. Chemistry with Forensic Science emphasis, Fall 2015-present. |
| Ludmyla Tavares | Ph.D. Chemistry with Forensic Science emphasis, Fall 2017-present. |
| William Morrison | Ph.D. Chemistry with Forensic Science emphasis, Fall 2017-present. |
| Brianna Hill | Ph.D. Chemistry with Forensic Science emphasis, Fall 2018-present. |
| Rebecca Smith | Ph.D. Chemistry with Forensic Science emphasis, Fall 2018-present. |
| Meena Swaminathan | Ph.D. Chemistry with Forensic Science emphasis, Fall 2018-present. |
| Leonardo Maya | Ph.D. Chemistry with Forensic Science emphasis, Fall 2019-present. |

#### Thesis committee membership:

30 current and former Ph.D. students, 8 current and former M.S. and M.S.F.S. students, FIU Departments of Chemistry & Biochemistry and Biology.

### Former/Completed (FIU, UMass Amherst, UAlbany):

Ashley N. Kimble; Ph.D. Chemistry with Forensic Science emphasis, Florida International University, awarded Summer, 2019.  Current employer: U.S. Army Corps of Engineers.

Carmen T. Mulet; M.S. Forensic Sciences, Florida International University, awarded Summer, 2019.

Melanie Eckberg; Ph.D. Chemistry with Forensic Science emphasis, Florida International University, awarded Fall, 2018.  Current employer: Commonwealth of Virginia Toxicology Laboratory.

R. Allen Gilliland; Ph.D. Chemistry with Forensic Science emphasis, Florida International University, awarded Fall, 2018.  Current employer: Forensic Toxicology Laboratory, Dept. of Health, State of New Mexico.

Stephanie Delabat; M.S. Forensic Sciences, Florida International University, awarded Fall, 2018.

Joshua Z. Seither; Ph.D. Chemistry with Forensic Science emphasis, Florida International University, awarded Spring, 2018.  Current employer: Forensic Toxicology Laboratory, Department of Pathology and Laboratory Medicine, University of Miami.

Kimmy Poon; M.S. Forensic Sciences, Florida International University, awarded Summer, 2016.  Current employer: USEPA.

Kevin J. Schneider; Ph.D. Chemistry with Forensic Science emphasis, Florida International University, awarded Spring, 2013.  Current employment: Toxicologist, Commonwealth of Virginia Toxicology Laboratory.

Madeleine J. Swortwood; Ph.D. Chemistry with Forensic Science emphasis, Florida International University, awarded Fall, 2013.  Current employment: Assistant Professor, Dept. of Forensic Science, Sam Houston State University, Houston, TX.

Vanessa R. Thompson; Ph.D. Chemistry with Forensic Science emphasis, Florida International University, awarded Spring, 2014.  Current employment: Director of Research and Development, AML Diagnostics, Boca Raton, FL.

Mingshe Zhu; Ph.D. Environmental Health and Toxicology, University at Albany; awarded Spring, 1995.  Current employment: Bristol Myers Squibb Pharmaceuticals.

Supported graduate students in the University at Albany, Dept. of Chemistry (1991-1992).

Faculty advisor for Dr. Vladja Sukdolova, Visiting Fellow, University at Albany, Fogarty International Center (1998-1999).

Ph.D. thesis committee member for Mr. John Ssempebwa, Department of Environmental Health Sciences, University at Albany (2000-2003; Ph.D. in Environmental Health and Toxicology, 2003).

Ph.D. thesis committee member for Ms. Mary Grose-Eckler, Department of Environmental Health Sciences, University at Albany (2006-2008).

M.S. thesis committee Chair for Ms. Omobola Mudasiru, UMass Amherst Environmental Health Sciences Division (2006-2008).

M.S. thesis committee member for Mr. Jianyong Wu (2006-2007) and Ms. Debalina Das (2006-2008), UMass Environmental Health Sciences Division. Faculty advisor for five UMass M.S. and M.P.H. students (2005-2009).


## DEPARTMENTAL AND UNIVERSITY SERVICE:

| | |
|---|---|
| 1979 - 1980 | Treasurer, Albany Medical College Graduate Student Organization. |
| 1980 - 1981 | Vice-President, Albany Medical College Graduate Student Organization. |
| 1987 - 1994 | Admissions Committee; Department of Environmental Health and Toxicology; UAlbany School of Public Health. |
| 1988 - 1993 | Radiation Safety Committee; Wadsworth Laboratories, NYSDOH. |
| 1990 - 1995 | Information Resources Advisory Committee; Wadsworth Laboratories, NYSDOH. |
| 1990 - 1993 | Peer Review Board; Wadsworth Laboratories, NYSDOH. |
| 1993 - 1994 | Molecular Epidemiology Personnel Search Committee, Wadsworth Laboratories, NYSDOH. |
| 1994 - 1995 | Chair, Academic Committee; Dept. of Environmental Health and Toxicology, UAlbany School of Public Health. |
| 1994 - 1995 | Personnel Committee, School of Public Health Council, UAlbany School of Public Health. |
| 1994 - 1995 | Environmental and Occupational Health Track Evaluation Committee, Department of Environmental Health and Toxicology, UAlbany School of Public Health. |
| 1998 - 2002 | Institutional Animal Care and Use Committee, University at Albany, State University of New York. |
| 1999 - 2002 | Institutional Animal Care and Use Committee, Wadsworth Laboratories, NYSDOH (UAlbany representative). |
| 2005 - 2009 | Curriculum Committee, School of Public Health and Health Sciences, UMass Amherst. |
| 2005 - 2008 | Strategic Planning Committee, School of Public Health and Health Sciences, UMass Amherst. |

| | |
|---|---|
| 2005 - 2006 | Personnel Committee, Department of Public Health, School of Public Health and Health Sciences, UMass Amherst. |
| 2005 - 2007 | Faculty Search Committee, Environmental Health Sciences Program/Division, Department of Public Health (served on four search committees; as Chair on two). |
| 2006 - 2008 | Judge, Annual Research Day Poster Competition, School of Public Health and Health Sciences. |
| 2007 - 2008 | Committee on Research, School of Public Health and Health Sciences, UMass Amherst. |
| 2007 - 2009 | Personnel Committee, Division of Environmental Health Sciences, Department of Public Health, School of Public Health and Health Sciences, UMass Amherst. |
| 2007 - 2009 | Curriculum Committee, Division of Environmental Health Sciences, Department of Public Health, School of Public Health and Health Sciences, UMass Amherst. |
| 2009 - 2010 | Human Resources Committee, Department of Chemistry and Biochemistry, Florida International University. |
| 2010 - 2011 | Faculty Search Committee (Bioanalytical Chemist position), Department of Chemistry & Biochemistry, Florida International University. |
| 2009 - present | Graduate Forensic Admissions Committee, Department of Chemistry and Biochemistry, Florida International University. |
| 2011 - 2014 | Safety Committee, Department of Chemistry & Biochemistry, Florida International University. |
| 2009 - present | Instrumentation and Facilities Committee, Department of Chemistry and Biochemistry, Florida International University (Chair; 2015-2017). |
| 2010 - present | Controlled Substances Committee, Florida International University. |
| 2015 - present | Graduate Committee, Department of Chemistry & Biochemistry, Florida International University. |

## CONTINUING PROFESSIONAL EDUCATION:

| | |
|---|---|
| 1985 | *Inhalation Toxicology*, Society of Toxicology Continuing Education. |
| 1993 | *Advanced Behavioral and Neurophysiological Testing for Neurotoxicity*, Society of Toxicology Continuing Education. |
| 1993 | *Applications of Advanced Technologies to Problems in Toxicology*, |

Society of Toxicology Continuing Education.

1995    *Advances in Risk Extrapolation: Dose-Response Assessment*, Society of
        Toxicology Continuing Education.

1995    *Basic Applications in Risk Assessment*, Society of Toxicology Continuing
        Education Continuing Education.

2000    T*oxicogenomics in the Trenches*, Society of Toxicology Continuing
        Education.

2002    *Current Approaches for Validation and Regulatory Acceptance of Novel
        Test Methods*, Society of Toxicology Continuing Education.

2011    *Forensic Toxicologist Expert Witness Testimony: What to Expect and How
        to Prepare*, SOFT/TIAFT Annual Meeting Workshop.

2019    *QTOF Techniques, SOFT Annual Meeting Workshop.*


## PUBLICATIONS:

### Book Edited:

Toxicologic Biomarkers. (2006). (**A.P. DeCaprio, Ed.**), Taylor & Francis, New
York.


### Book Chapters:

**DeCaprio, A.P.** (2006). Introduction to toxicologic biomarkers.  In: *Toxicologic
Biomarkers.* (A.P. DeCaprio, Ed.), Taylor & Francis, New York; pp. 1-15.

Gallo, M.V., Ravenscroft, J., Denham, M., Schell, L.M., **DeCaprio, A.P.**, and the
Akwesasne Task Force on the Environment. (2002). Environmental contaminants
and growth of Mohawk adolescents at Akwesasne. In: *Human Growth from
Conception to Maturity* (G. Gilli, L. M. Schell, and L. Benso, Eds.), Smith-Gordon,
London; pp. 279-287.

Schell, L.M., **DeCaprio, A.P.**, Gallo, M.V., Hubicki, L., and the Akwesasne Task
Force on the Environment. (2002). Polychlorinated biphenyls and thyroid function
in adolescents of the Mohawk Nation at Akwesasne. In: *Human Growth from
Conception to Maturity* (G. Gilli, L. M. Schell, and L. Benso, Eds.), Smith-Gordon,
London; pp. 289-296.

**DeCaprio, A.P.** (2000).  n-Hexane, metabolites, and derivatives.  In:
*Experimental and Clinical Neurotoxicology, 2nd Edition.*  (P.S. Spencer, H.H.
Schaumburg, and A.C. Ludolph, eds.); Oxford University Press, New York; pp.
633-648.

**DeCaprio, A.P.** (1999).  Biomarkers of exposure and susceptibility.  In: *General
and Applied Toxicology, 2nd Edition.*  (B. Ballantyne, T.C. Marrs, and T.
Syversen, eds.); MacMillan Reference Ltd., London; pp. 1875-1898.

**DeCaprio, A.P.** (1987). Hexane neuropathy: Studies in experimental animals
and man. In: *Selectivity and Molecular Mechanisms of Toxicity.*  (F. DeMatteis

and E.A. Lock, eds.), MacMillan Press, London, U.K.; pp. 249-263.

*Book Review*:

    **DeCaprio, A.P.** (2019). Review of: *Forensic Toxicology. J. Forensic Sci.* **64**, 661.

*Peer-Reviewed Articles*:

Seither, J.Z. and **DeCaprio, A.P.** (2020). Differentiation of novel psychoactive substance regioisomers by collision induced dissociation relative abundances, *in preparation*.

Möller, C., Gilliland, R.A., Arroyo-Mora, L.E., and **DeCaprio, A.P.** (2020). In vitro peptide-based assay for the detection of thiol adducts of drug of abuse. *Bioanalysis, in preparation.*

Guo, J., Turesky, R.J., Tarifa, A., **DeCaprio, A.P.**, Cooke, M.S., Walmsley, S.J., and Villalta, P.W. (2020). Development of a DNA adductome mass spectral database. *Chem. Res. Toxicolo., submitted.*

Aijala, J.C., Wu, W., and **DeCaprio, A.P.** (2020). Application of statistical design of experiments to assess pretreatment parameters in forensic toxicological hair analysis for amphetamine. *J. Chemometrics, submitted.*

Mulet, C.T., Tarifa, A., and **DeCaprio, A.P.** (2019). Comprehensive analysis of synthetic cannabinoids and metabolites in oral fluid by online solid phase extraction and liquid chromatography/triple quadrupole/mass spectrometry. *Anal. Bioanal. Chem., submitted.*

Cui, D., **DeCaprio, A.**, Tarifa, A., and O'Shea, K. (2019). Detailed study of the ultrasound-induced remediation of the second-generation antihistamine, cetirizine. *J. Environ. Chem. Engineer., in press.*

Kimble, A.N. and **DeCaprio, A.P.** (2019). Systematic analysis of novel psychoactive substances. II. Development of a screening/confirmatory LC-QqQ-MS/MS method for 800+ compounds and metabolites in urine. *Forensic Chem.,* **16***,* 100189.

Möller, C., Davis, W., Clark, E., **DeCaprio, A.,** and Marí, F. (2019). Conodipine-P1-3, the first phospholipase A2 characterized from injected cone snail-venom. *Mol. Cell. Proteomics,* **18**, 876-891.

Eckberg, M.N., Arroyo-Mora, L.E., Stoll, D.R., and **DeCaprio, A.P.** (2018). Separation and identification of isomeric and structurally related synthetic cannabinoids using two-dimensional liquid chromatography and high resolution mass spectrometry. *J. Anal. Toxicol., 43*, 170-178*.*

Gilliland, R.A., Möller, C., and **DeCaprio, A.P.** (2018). LC-MS/MS based

detection and characterization of covalent glutathione modifications formed by reactive drug of abuse metabolites, *Xenobiotica,* **49**, 778-790.

Mulet, C.T., Arroyo-Mora, L.E., Leon, L.A., Gnagy, E., and **DeCaprio, A.P.** (2018). Rapid quantitative analysis of methylphenidate and ritalinic acid in oral fluid by liquid chromatography triple quadrupole mass spectrometry (LC-QqQ-MS), *J. Chromatogr. B,* **1092***,* 313-319.

Seither, J.Z., Arroyo-Mora, L.E., Hindle, R. and **DeCaprio, A.P.** (2018). Systematic toxicological analysis of novel psychoactive substances. I. Development of a compound database and HRMS spectral library, *Forensic Chem.*, **9**, 12-20.

Möller, C., Clark, E., Safavi-Hemani, H., **DeCaprio, A.,** and Marí, F. (2017). Isolation and characterization of Conohyal-P1, a hyaluronidase from the injected venom of *Conus purpurascens*, *J. Proteomics,* **164**, 73-84.

Möller, C., Davis, W.C., Marí, F., Thompson, V.R., and **DeCaprio, A.P.**  (2017). Proteomic analysis of thiol modifications and assessment of structural changes in hemoglobin induced by aniline metabolites N-phenylhydroxylamine and nitrosobenzene. *Sci. Rep.*, **4**, 14794.

Gallo, M.V., Deane, G.D., **DeCaprio, A.P.**, Schell, L.M., and Akwesasne Task Force on the Environment (2015). Changes in persistent organic pollutant levels from adolescence to young adulthood. *Environ. Res.,* **140**, 214-224.

Zhao, C., Arroyo-Mora, L.E., **DeCaprio, A.P.**, Sharma, V.K., Dionysiou, D.D., and O'Shea, K.E. (2014). Reductive and oxidative degradation of iopamidol, iodinated X-ray contrast media, by Fe(III)-oxalate under UV and visible light treatment. *Water Res.*, **67**, 144-153.

Schell, L.M., Gallo, M.V., Nelder, K.R., **DeCaprio, A.P.**, Jacobs, A., and Akwesasne Task Force on the Environment. (2014). Relationship between testosterone levels in adolescent males and polychlorinated biphenyls, dichlorodiphenyldichloroethylene, hexachlorobenzene, and lead. *Environ. Health Perspect.,* **122**, 304-309.

Schneider, K.J. and **DeCaprio, A.P.** (2013).  Covalent thiol adducts arising from reactive intermediates of cocaine biotransformation. *Chem. Res. Toxicol.,* **26***,* 1755-1764.

Swortwood, M.J., Hearn, W.L., and **DeCaprio, A.P.** (2013). Cross-reactivity of designer drugs including cathinone derivatives in commercial enzyme-linked immunosorbent assays.  *Drug Testing Anal.*, **6**, 716-727.

Schneider, K.J. and **DeCaprio, A.P.** (2013). Evaluation of *in vitro* metabolic systems for common drugs of abuse. 1. Cocaine. *Xenobiotica*, **43***,* 1043-1054.

Thompson, V.R. and **DeCaprio, A.P.** (2013). Covalent adduction of nitrogen mustards to model protein nucleophiles. *Chem. Res. Toxicol.,* **26**, 1263-1271.

Swortwood, M.J., Boland, D.M., and **DeCaprio, A.P.** (2013). Determination of 32 cathinone derivatives and other designer drugs in serum by comprehensive LC-QQQ-MS/MS analysis. *Anal. Bioanal. Chem.,* **405***,* 1383-1397.

LoPachin, R. M., Gavin, T., **DeCaprio, A.**, and Barber, D. S. (2012).  Application of the hard and soft, acids and bases (HSAB) theory to toxicant-target interactions. *Chem. Res. Toxicol.* **25**, 239-251.

Gallo, M.V., Schell, L.M., **DeCaprio, A.P.**, and Jacobs, A. (2011).  Levels of persistent organic pollutant and their predictors among young adults. *Chemosphere,* **83**, 1374-1382*.*

Kerger, B.D., Copeland, T.L., and **DeCaprio, A.P.** (2011). Tenuous dose-response correlations for common disease states: case study of cholesterol and perfluorooctanoate/sulfonate (PFOA/PFOS) in the C8 Health Project. *Drug Chem. Toxicol.,* **34**, 396-404.

Zhang, L.H., Gavin, T., **DeCaprio, A.P.**, and LoPachin, R.M.  (2010). $\gamma$-Diketone axonopathy: Analyses of cytoskeletal motors and highways in CNS myelinated axons. *Toxicol. Sci.,* **117**, 180-189.

Schell, L.M., Gallo, M.V., Ravenscroft, J., and **DeCaprio, A.P.**  (2009). Persistent organic pollutants and anti-thyroid peroxidase levels in Akwesasne Mohawk young adults.  *Environ. Res.,* **109***,* 86-92*.*

**DeCaprio, A.P.**, Kinney, E.A., and LoPachin, R.M.  (2009). Comparative neurotoxicity and protein binding of 2,5-hexanedione and 3-acetyl-2,5-hexanedione in the rat. *J. Toxicol. Environ. Health A*, **72**, 862-869*.*

Newman,J., Gallo, M.V., Schell, L.M., **DeCaprio, A.P**., Denham, M., and the Akwesasne Task Force on the Environment.  (2009). Analysis of PCB congeners related to cognitive functioning in adolescents.  *NeuroToxicology,* **30**, 686-696.

Hoogesteijn, A.L., Kollias,G.V., Quimby, F.W., **DeCaprio, A.P**., Winkler, D.W., and DeVoogd, T.J.  (2008). Development of a brain nucleus involved in song production in zebra finches (*Taeniopygia guttata*) is disrupted by Aroclor 1248. *Environ. Toxicol. Chem*., **27**, 2071-2075*.*

Schell, L.M., Gallo, M.V., Denham, M., Ravenscroft, J., **DeCaprio, A.P**., and Carpenter, D.O.  (2008).  Relationship of thyroid hormone levels to levels of polychlorinated biphenyls, lead, *p,p′*-DDE, and other toxicants in Akwesasne Mohawk youth. *Environ. Health Perspect.,* **116**, 806-813*.*

Newman, J., Aucompaugh, A., Schell, L.M., Denham, M., **DeCaprio, A.P.**, Gallo, M., Ravenscroft, J., Kao, C.-C., Rougas-Hanover, M.E., David, D., Jacobs, A.M., Tarbell, A.M., Worswick, P., and Akwesasne Task Force on the Environment. (2006). PCBs and cognitive functioning of Mohawk adolescents.  *Neurotoxicol. Teratol.*, **4**, 439-445.

Hoogesteijn, A.L., DeVoogd, T.J., Quimby, F.W., **DeCaprio, A.P.**, and Kollias,

G.V. (2005). Reproductive impairment in zebra finches (*Taeniopygia guttata*). *Environ. Toxicol. Chem.*, **24**, 219-223.

LoPachin, R.M., and **DeCaprio, A.P.** (2005). Protein adduct formation as a molecular mechanism in neurotoxicity. *Toxicol.Sci.* **86**, 214-225.

Denham, M., Schell, L.M., Deane, G., Gallo, M.V., Ravenscroft, J., **DeCaprio, A.P.**, and Akwesasne Task Force on the Environment. (2005). Relationship of lead, mercury, mirex, dichlorodiphenyldichloroethylene, hexachlorobenzene, and polychlorinated biphenyls to timing of menarche among Akwesasne Mohawk girls. *Pediatrics* **115**, e127-e134.

**DeCaprio, A.P.**, Johnson, G.W., Tarbell, A.M., Carpenter, D.O., Chiarenzelli, J.R., Morse, G.S., Santiago-Rivera, A.L., Schymura, M.J., and Akwesasne Task Force on the Environment. (2005). PCB exposure assessment by multivariate statistical analysis of serum congener profiles in an adult Native American population. *Environ. Res.*, **98**, 284-302.

Carpenter, D.O., **DeCaprio, A.P.**, O'Hehir, D., Akhtar, F., Johnson, G., Scrudato, R. J., Apatiki, L., Kava, J., Gologergen, J., Miller, P.K., and Eckstein, L. (2005). Polychlorinated biphenyls in serum of the Siberian Yupik people from St. Lawrence Island, Alaska. *Int. J. Circumpolar Health* **64**, 320-333.

Ssempebwa, J.C., Carpenter, D.O., Yilmaz, B., **DeCaprio, A.P.**, O'Hehir, D.J., and Arcaro, K.F. (2004).  Waste crankcase oil: An environmental contaminant with potential to modulate estrogenic responses.  *J. Toxicol. Environ. Health A*, **67**, 1081-1094.

LoPachin, R.M. and **DeCaprio, A.P.** (2004). $\gamma$-Diketone neuropathy: Axon atrophy and the role of cytoskeletal protein adduction. *Toxicol. Appl. Pharmacol.*, **199**, 20-34.

Schell, L.M., Gallo, M.V., **DeCaprio, A.P.**, Hubicki, L.A., Denham, M., Ravenscroft, J., and the Akwesasne Task Force on the Environment. (2004). Thyroid function in relation to burden of polychlorinated biphenyls (PCBs), DDE, HCB, mirex and lead among Akwesasne Mohawk youth. *Environ. Toxicol. Pharmacol.*, **18**, 91-99.

Hansen, L.G., **DeCaprio, A.P.**, and Nisbet, I.C.T. (2003). PCB congener comparisons reveal exposure histories for residents of Anniston, Alabama, USA. *Fresenius Environ. Bull.* **12**, 181-190.

Schell, L.M., Hubicki, L.A., **DeCaprio, A.P.**, Gallo, M.V., Ravenscroft, J., Tarbell, A., Jacobs, A., David, D., Worswick, P., and the Akwesasne Task Force on the Environment. (2003). Organochlorines, lead, and mercury in Akwesasne Mohawk youth. *Environ. Health Perspect.*, **111**, 954-961.

Savage, W.K., Quimby, F.W., and **DeCaprio, A.P.** (2002).  Lethal and sublethal effects of polychlorinated biphenyls (PCBs) on Rana sylvatica tadpoles: Implications for local and regional declines.  *Environ. Toxicol. Chem.*, **21**, 168-

174.

**DeCaprio, A.P.**, Bott, A., Tarbell, A., Wagemaker, D.L., Williams, R.L., and O'Hehir, C.M. (2000).  Routine analysis of 101 polychlorinated biphenyl congeners in human serum by parallel dual-column gas chromatography with electron capture detection.  *J. Anal. Toxicol.*, **24**, 403-420.

Hussain, R.J., Gyori, J., **DeCaprio, A.P.**, and Carpenter, D.O. (2000).  In vivo and in vitro exposure to PCB 153 reduces long-term potentiation.  *Environ. Health Perspect.*, **108**, 827-831.

Sukdolova, V., Negoita, S., Hubicki, L., **DeCaprio, A.**, and Carpenter, D.O. (2000). The assessment of risk to acquired hypothyroidism from exposure to PCBs: a study among Akwesasne Mohawk women. *Central Eur. J. Public Health* **8**, 167-168.

**DeCaprio, A.P.** (1999).  The toxicology of hydroquinone - Relevance to occupational and environmental exposure.  *Crit. Rev. Toxicol.*, **29**, 283-330.

Zhu, M., **DeCaprio, A.P.**, Hauer, C.R., and Spink, D.C. (1997).  Characterization of glutathione conjugates of pyrrolylated amino acids and peptides by liquid chromatography/mass spectrometry and tandem mass spectrometry with electrospray ionization. *J. Chromatogr. B*, **688**, 187-196.

**DeCaprio, A.P**., Kinney, E.A., and Fowke, J.H. (1997).  Regioselective binding of 2,5-hexanedione to high-molecular-weight rat neurofilament proteins *in vitro. Toxicol. Appl. Pharmacol.*,**145**, 211-217.

**DeCaprio, A.P.**  (1997).  Biomarkers: Coming of age for environmental health and risk assessment.  *Environ. Sci. Technol.*, **31**, 1837-1848.

**DeCaprio, A.P.** (1997). Axonal swellings *vs.* atrophy: What is the relevance to $\gamma$-diketone peripheral neuropathy?  *NeuroToxicology*, **18**, 25-28.

Yan, B., **DeCaprio, A.P.**, Zhu, M., and Bank, S. (1996). Solid-state [13]C-NMR spectroscopy of adduction products of 2,5-hexanedione with ribonuclease, albumin, and rat neurofilament protein.  *Chem.-Biol. Interact.*, **102**, 101-116.

Zhu, M., Spink, D.C., Yan, B., Bank, S., and **DeCaprio, A.P.** (1995). Inhibition of 2,5-hexanedione-induced covalent protein crosslinking by biological thiols: Chemical mechanisms and toxicological implications. *Chem. Res. Toxicol.,* **8**, 764-771.

Zhu, M., Spink, D.C., Yan, B., Bank, S., and **DeCaprio, A.P.** (1994). Formation and structure of crosslinking and monomeric pyrrole autoxidation products in 2,5-hexanedione-treated amino acids, peptides, and protein. *Chem. Res. Toxicol.,* **7**, 551-558.

Zhu, M., Spink, D.C., Bank, S., Chen, X., and **DeCaprio, A.P.** (1993). Analysis of alkylpyrrole autoxidation products by high-performance liquid chromatography

with thermospray mass spectrometry and photodiode-array detection. *J. Chromatogr.* **628**, 37-47.

Rej, R., Silkworth, J.B., and **DeCaprio, A.P.** (1992). Application of clinical laboratory measurements to issues of environmental health. *Clin. Chem. Acta* **206**, 83-93.

**DeCaprio, A.P.** and Fowke, J.H. (1992). Limited and selective adduction of carboxyl-terminal lysines in the high molecular weight neurofilament proteins by 2,5-hexanedione *in vitro. Brain Res.* **586**, 219-228.

**DeCaprio, A.P.**, Spink, D.C., Chen, X., Fowke, J.H., Zhu, M., and Bank, S. (1992). Characterization of isothiocyanates, thioureas, and other lysine adduction products in carbon disulfide-treated peptides and protein. *Chem. Res. Toxicol.* **5**, 496-504.

**DeCaprio, A.P.**, Briggs, R.G., Jackowski, S.J., and Kim, J.C.S. (1988). Comparative neurotoxicity and pyrrole-forming potential of 2,5-hexanedione and perdeuterio-2,5-hexanedione in the rat. *Toxicol. Appl. Pharmacol.* **92**, 75-85.

**DeCaprio, A.P.**, Briggs, R., Gierthy, J.F., Kim, J.C.S., and Kloepfer, R.D. (1987). Acute toxicity in the guinea pig and in vitro "dioxin-like" activity of the environmental contaminant 1,2,4,5,7,8-hexachloro(9H)xanthene. *J. Toxicol. Environ. Health* **20**, 241-248.

**DeCaprio, A.P.** (1987). n-Hexane neurotoxicity: A mechanism involving pyrrole adduct formation in axonal cytoskeletal protein. *Neurotoxicology* **8**, 199-210.

**DeCaprio, A.P.**, Jackowski, S.J., and Regan, K.A. (1987). Mechanism of formation and quantitation of imines, pyrroles, and stable nonpyrrole adducts in 2,5-hexanedione-treated protein. *Mol. Pharmacol.* **32**, 542-548.

**DeCaprio, A.P.** (1986). Mechanisms of in vitro pyrrole adduct autoxidation in 2,5-hexanedione-treated protein. *Mol. Pharmacol.* **30**, 452-458.

**DeCaprio, A.P.**, McMartin, D.N., O'Keefe, P.W., Rej, R., Silkworth, J.S., and Kaminsky, L.S. (1986). Subchronic oral toxicity of 2,3,7,8-tetrachlorodibenzo-p-dioxin in the guinea pig: Comparisons with a PCB-containing transformer fluid pyrolysate. *Fundam. Appl. Toxicol.* **6**, 454-463.

Eadon, G., Kaminsky, L.S., Silkworth, J.B., Aldous, K.M., Hilker, D.R., O'Keefe, P.W., Smith, R.M., Gierthy, J.F., Hawley, J., Kim, N., and **DeCaprio, A.P.** (1986). Calculation of "2,3,7,8-TCDD equivalent concentrations" of complex environmental contaminant mixtures. *Environ. Health Perspect.* **70**, 221-227.

O'Keefe, P.W., Silkworth, J.B., Gierthy, J.F., Smith, R.M., **DeCaprio, A.P.**, Turner, J.N., Eadon, G., Hilker, D.R., Aldous, K.M., Kaminsky, L.S., and Collins, D.N. (1985). Chemical and biological investigations of a transformer accident at Binghamton, N.Y. *Environ. Health Perspect.* **60**, 201-209.

**DeCaprio, A.P.** (1985). Molecular mechanisms of diketone neurotoxicity. *Chem.-Biol. Interact.* **54**, 257-270.

**DeCaprio, A.P.** and O`Neill, E.A. (1985). Alterations in rat axonal cytoskeletal proteins induced by *in vitro* and *in vivo* 2,5-hexanedione exposure. *Toxicol. Appl. Pharmacol.* **78**, 235-247.

Kaminsky, L.S., **DeCaprio, A.P.**, Gierthy, J.F., Silkworth, J.B., and Tumasonis, C. (1985). The role of environmental matrices and experimental vehicles in chlorinated dibenzodioxin and dibenzofuran toxicity. *Chemosphere* **14**, 685-695.

**DeCaprio, A.P.**, Strominger, N.L., and Weber, P. (1983). Neurotoxicity and protein binding of 2,5-hexanedione in the hen. *Toxicol. Appl. Pharmacol.* **68**, 297-307.

**DeCaprio, A.P.**, McMartin, D.N., Silkworth, J.B., Rej, R., Pause, R., and Kaminsky, L.S. (1983). Subchronic oral toxicity in guinea pigs of soot from a polychlorinated biphenyl-containing transformer fire. *Toxicol. Appl. Pharmacol.* **68**, 308-322.

**DeCaprio, A.P.**, Olajos, E.J., and Weber, P. (1982). Covalent binding of a neurotoxic n-hexane metabolite: Conversion of primary amines to substituted pyrrole adducts by 2,5-hexanedione. *Toxicol. Appl. Pharmacol.* **65**, 440-450.

Silkworth, J., McMartin, D.M., **DeCaprio, A.P.**, Rej, R., O'Keefe, P., and Kaminsky, L. (1982). Acute toxicity in guinea pigs and rabbits of soot from a polychlorinated biphenyl-containing transformer fire. *Toxicol. Appl. Pharmacol.* **65**, 425-439.


### *Invited Symposia and Seminars*:

**DeCaprio, A.P.** (2019). New psychoactive substances – How does pharmacology impact enforcement (or does it)? *Invited on-line presentation to the Pistoia Alliance Controlled Substance Compliance Expert Community*, September 11.

Kimble, A.N. and **DeCaprio, A.P.** (2019). Comprehensive screening/confirmation by LC-QqQ-MS analysis for novel psychoactive substances. *Invited talk presented at the 15th Annual Workshop in LC/MS/MS Applications in Environmental Analysis and Food Safety,* Miami Beach, FL; May 29 - 31.

**DeCaprio, A.P.**, Gilliland, R.A., Tavares, L., and Morrison, W. (2019). Development and validation of a blood protein modification assay for retrospective detection of abused drug exposure. *Invited talk presented at the Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy (Pittcon),* Philadelphia, PA; March 17 - 21.

**DeCaprio, A.P.** and Gilliland, R.A. (2018). Analysis of drug-protein modifications in forensic toxicology. *Invited talk presented at the Pittsburgh Conference on*

*Analytical Chemistry and Applied Spectroscopy (Pittcon),* Orlando, FL; February 26 - March 1.

**DeCaprio, A.P.**, Gilliland, R.A., and Moller, C. (2017). Novel blood protein modification assay for retrospective detection of drug exposure. *Invited talk presented at the American Academy of Forensic Sciences 69th Annual Meeting*, New Orleans, LA; February 14.

**DeCaprio, A.P.**, Arroyo-Mora, L., Broomes, A-M., Gwak, S., Seither, J.Z., and Almirall, J.R.  (2013). Development of comprehensive LC- and GC-MS/MS based screening/confirmatory methods for emerging drugs of abuse. *Invited talk presented at the Forensic and Clinical Toxicology Association (FACTA) 2013 Annual Meeting*; Sydney, Australia, December 2.

**DeCaprio, A.P.** and Broomes, A.-M. (2013). LC/QQQ-MS screening for ~300 designer drugs and metabolites. *E-seminar presented in the RTI International Forensic Science Education Program*; February 27.

**DeCaprio, A.P.** (2012).  Development of novel approaches to the analysis of drugs of abuse and other xenobiotics of forensic toxicological relevance. *Invited seminar presented to the Department of Chemistry, University at Albany, SUNY;* December 13.

**DeCaprio, A.P.**, Broomes, A.-M., Seither, J.Z., and Arroyo, L. (2012). Broad-based screening of bath salts, synthetic cannabinoids, and other designer drugs by LC-QQQ-MS and LC-QTOF-MS. *Invited talk presented at the 2012 Annual Meeting of the Northeast Association of Forensic Scientists*; Saratoga Springs, NY, November 14.

Swortwood, M.J., Boland, D.M., and **DeCaprio, A.P.** (2012). Designer drugs analysis in the United States. *Invited talk presented at the Forensic and Clinical Toxicology Association 2012 Scientific Workshop*; Hobart, Tasmania, September 28.

Swortwood, M.J. and **DeCaprio, A.P.** (2012). Targeted LC-QQQ MS screening of cathinone derivatives and other designer drugs in serum. *Forensics E-Seminar Series, Agilent Technologies, Inc.*; April 19.

**DeCaprio, A.P.** (2010).  Applications of protein adducts in mechanistic and analytical toxicology.  *Invited seminar presented to the Department of Health Sciences, Albany College of Pharmacy and Health Sciences; October.*

**DeCaprio, A.P.** (2009).  New approaches to detection of long-term xenobiotic exposure.  *Presented at "Meet the FIU Researchers" program, Florida International University; November.*

**DeCaprio, A.P.** (2008).  Biomarkers for persistent and non-persistent xenobiotics: Ultra-trace analysis vs. macromolecular adducts.  *Invited seminar presented to the Department of Chemistry and Biochemistry, Florida International University; March.*

**DeCaprio, A.P.** (2008).  Polychlorinated biphenyls (PCBs) in indoor air and building sealants: Exposure Issues. *Webinar presented at Bond, Schoeneck, and King, LLP, Syracuse, NY; April 13.*

**DeCaprio, A.P.** (2007).  Biomonitoring and biomarkers in the assessment of human exposure to persistent pollutants.  *Invited seminar presented to the School of Public Health and Health Professions, University of Florida; June.*

**DeCaprio, A.P.** (2007).  Biomonitoring and biomarkers: New applications in the health sciences.  *Invited seminar presented to the Department of Health Sciences, Albany College of Pharmacy; November.*

**DeCaprio, A.P.** (2006).  Environmental impacts and exposure assessment for polychlorinated biphenyls (PCBs)  *Invited seminar presented to the Department of Civil and Environmental Engineering, UMass Amherst; March.*

**DeCaprio, A.P.**, Schmit, K.J., Schymura, M.J., Johnson, G.W., and Akwesasne Task Force on the Environment. (2006). Exposure-based determinants of PCB body burden.  *Invited poster presented at the 2006 National Environmental Public Health Conference: Advancing Public Health, Atlanta, GA; December.*

**DeCaprio, A.P.** (2005).  Persistent organic pollutant (POP) body burden: Roles of exposure and genetics.  *Invited talk presented at the Workshop on Genomics and Regulation, Arizona State University, Center for Law and Environment, Tempe, AZ*;  January.

**DeCaprio, A.P.** (2005).  Serum PCB congener profiles: Clues to exposure and toxicokinetics.  *Invited seminar presented at the IJC Science Advisory Board Workshop on Ecosystem Health's Conference:  Chemical Exposure and Effects in the Great Lakes Today, Chicago, IL; March.*

**DeCaprio, A.P.** (2004).  Exposure biomarkers in epidemiology: The case of PCB congener profiles.  *Invited seminar presented at University of South Carolina, Department of Epidemiology, Columbia, SC*; April.

**DeCaprio, A.P.** (2004).  Biomonitoring and biomarkers in the assessment of human exposure to persistent pollutants. *Invited seminar presented at University of Massachusetts at Amherst, School of Public Health and Health Sciences, Amherst, MA;* April.

**DeCaprio, A.P.** (2004).  Human exposure assessment for persistent and non-persistent pollutants: Recent progress and new directions.  *Invited seminar presented at Boston University, School of Public Health, Boston, MA*; May.

**DeCaprio, A.P.** (2001).  Human exposure assessment for persistent and non-persistent pollutants: Recent progress and new directions.  *Invited seminar presented at the Wadsworth Center for Laboratories and Research, NYSDOH, Albany, NY*; December.

**DeCaprio, A.P.** (2001).  Biomarkers in toxicological assessment and drug

development.  *Invited seminar presented at the Charles River Laboratories, Worcester, MA*; December.

**DeCaprio, A.P.** (1998).  Biomarkers in human health risk assessment: Practical use and potential for misuse.  *ASTM - Eighth Symposium on Environmental Toxicology and Risk Assessment: Standardization of Biomarkers for Endocrine Disruption and Risk Assessment.*  Atlanta, GA; April.

**DeCaprio, A.P.** (1998).  Biomarkers of PCB exposure in man.  *Invited seminar presented at the Division of Laboratory Sciences, National Center for Environmental Health, CDC*, April.

**DeCaprio, A.P.** (1997).  Basic toxicology for law professionals.  *Invited seminar presented at Nixon, Hargrave, Devans & Doyle*; Rochester, NY; January.

**DeCaprio, A.P.** (1997).  Applied research and causation analysis in toxic tort and environmental litigation. *Invited seminar presented at Nixon, Hargrave, Devans & Doyle;* Rochester, NY; January.

**DeCaprio, A.P.** and Barber, A.J. (1997).  Chemical considerations in risk-based Brownfields remediation. *Northeast Regional Meeting, American Chemical Society.*  Saratoga Springs, NY; June.

**DeCaprio, A.P.** (1997).  Risk assessment practices and policy: From old to new. *The Business Council of New York State*;*1997 Annual Industry-Environment Conference.*  Saratoga Springs, NY; October.

**DeCaprio, A.P.** (1996).  The technical team member: Risk-based approaches to Brownfields cleanups.  *Presented at McLaren/Hart, Inc. half-day seminar "A Team Approach for Brownfields"*; Albany, NY; November.

**DeCaprio, A.P.** (1994).  Biomarkers of xenobiotic exposure in man.  *Invited seminar presented at Exxon Biomedical Sciences, East Millstone, NJ*, June.

**DeCaprio, A.P.** (1991).  Neurofilament protein binding of reactive chemical neurotoxicants.  *Invited seminar presented at the Department of Chemistry, University at Albany,* October*.*

**DeCaprio, A.P.** (1986).  n-Hexane neurotoxicity: A mechanism involving pyrrole adduct formation in axonal cytoskeletal protein. *Mid-Atlantic Meeting, American Chemical Society*, Baltimore, MD; September.

**DeCaprio, A.P.**  (1985).  Hexane neuropathy: Studies in experimental animals and man. *British Toxicology Society Autumn Meeting*, University of Kent, Canterbury, U.K.; September 25-27.

Kaminsky, L.S., **DeCaprio, A.P.**, Gierthy, J.F., Silkworth, J.B., and Tumasonis, C. (1985).  The role of environmental matrices and experimental vehicles in chlorinated dibenzodioxin and dibenzofuran toxicity. *Proceedings of the 4th International Symposium on Chlorinated Dioxins and Related Compounds*,

Ottawa, Canada, Oct. 16-18, 1984.

**DeCaprio, A.P.** (1984). Molecular mechanisms of n-hexane neurotoxicity. In: *Proceedings of the 14th Conference on Environmental Toxicology*, Nov. 15-17, 1983. Air Force Aerospace Medical Research Laboratory, Dayton, OH; AFAMRL Publication TR-83-099.

**DeCaprio, A.P.** (1984). Neuronal protein binding of occupational neurotoxicants. *Invited seminar presented at the Department of Pharmacology and Toxicology, Albany Medical College*, October.

**DeCaprio, A.P.** (1982). Molecular mechanisms of hexane neurotoxicity. *Invited seminar presented at the US Army Institute for Chemical Defense, Aberdeen Proving Grounds, MD*, April.

### *Research Abstracts Presented at Conferences*:

Guo, J., Turesky, R.J., Tarifa, A., **DeCaprio, A.P.**, Cooke, M.S., Walmsley, S.J., and Villalta, P.W. (2020). Development of DNA adductome mass spectral database. *68th ASMS Conference on Mass Spectrometry and Allied Topics*, Houston, TX; May 31 - June 4.

Aijala, J.C. and **DeCaprio, A.P.** (2019) Systematic comparison of decontamination parameters associated with the toxicological analysis of human head hair. *Annual Meeting of the Society of Forensic Toxicologists,* San Antonio, TX; October 13-18.

Aijala, J.C. and **DeCaprio, A.P.** (2019). Assessing pre-treatment parameters in forensic hair analysis by statistical design of experiments. *8th Annual Florida Forensic Science Symposium,* Miami, FL, May 1-2.

Chenevert, J.M. and **DeCaprio, A.P.** (2019). Assessing external decontamination and extraction parameters by statistical design of experiments for forensic hair analysis. *Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy (Pittcon),* Philadelphia, PA; March 17-21.

Mulet, C.T., Tarifa, A., and **DeCaprio, A.P.** (2019). A comprehensive analysis of synthetic cannabinoids and metabolites in oral fluid by online solid phase extraction and liquid chromatography/triple quadruple/mass spectrometry. *American Academy of Forensic Sciences 71th Annual Meeting,* Baltimore, MD; February 17-23.

Chenevert, J.M. and **DeCaprio, A.P.** (2019). Application of statistical design of experiments (DoE) to assess external decontamination methods in forensic hair analysis. *American Academy of Forensic Sciences 71th Annual Meeting,* Baltimore, MD; February 17-23.

Kimble, A.N. and **DeCaprio, A.P.** (2019). A comparison of multiple extraction/purification methods for novel psychoactive substances (NPS) from

biological matrices. *American Academy of Forensic Sciences 71th Annual Meeting, Baltimore*, MD; February 18-23.

Eckberg, M., Arroyo-Mora, L., and **DeCaprio, A.P.** (2018). The development of a high resolution mass spectrometry (HRMS) library and method validation for screening and confirmation of 800+ novel psychoactive substances by liquid chromatography/quadrupole time-of-flight/mass spectrometry (LC-QTOF-MS). (Platform presentation). *American Academy of Forensic Sciences 70th Annual Meeting,* Seattle, WA; February 19-23.

Kimble, A.N. and **DeCaprio, A.P.** (2018). QuEChERS extraction of novel psychoactive substances from biological matrices. *American Academy of Forensic Sciences 70th Annual Meeting,* Seattle, WA; February 19-23.

Kimble, A.N. and **DeCaprio, A.P.** (2018). Online solid phase extraction of novel psychoactive substances from biological matrices. *Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy (Pittcon),* Orlando, FL; February 26 - March 1.

Gilliland, R.A. and **DeCaprio, A.P.** (2018). Analysis and characterization of in vitro glutathione adducts formed with drugs of abuse". *Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy (Pittcon),* Orlando, FL; February 26 - March 1.

Gilliland, R.A. and **DeCaprio, A.P.** (2018). Mass spectrometric approach to the analysis of covalent modifications of blood proteins by drugs of abuse. *American Academy of Forensic Sciences 70th Annual Meeting,* Seattle, WA; February 19-23.

Cui, D., Tarifa, A., **DeCaprio, A.**, and O'Shea, K. (2018). Fundamental studies of ultrasound induced degradation of a popular antihistamine, cetirizine. *255th ACS National Meeting & Exposition,* New Orleans, LA; March 18-22, 2018.

Cui, D., Mebel, A.M., Arroyo-Mora, L.E., Zhao, C., **DeCaprio, A.**, and O'Shea, K. (2017). Fundamental study of ultrasound induced degradation of a popular antihistamine, diphenhydramine (DPH), *23rd International Conference on Advanced Oxidation Technologies for Treatment of Water, Air and Soil*, Clearwater Beach, FL; November 13-16, 2017.

Kimble, A.N., Arroyo-Mora, L., and **DeCaprio, A.P.** (2017). Method validation using multiple compound mixtures for screening/confirmation of 800+ novel psychoactive substances by LC-QqQ-MS (platform presentation). *American Academy of Forensic Sciences 69th Annual Meeting*, New Orleans, LA; February 13-18.

Eckberg, M., Arroyo-Mora, L., Stoll, D.R., and **DeCaprio, A.P.** (2017). Separation of chemically similar and isobaric novel psychoactive substances using two-dimensional liquid chromatography. *American Academy of Forensic Sciences 69th Annual Meeting*, New Orleans, LA; February 13-18.

Gilliland, R.A., Moller, C., and **DeCaprio, A.P.** (2017). LC-MS/MS based analysis of in vitro covalent modifications of glutathione and peptide thiols by drugs of abuse. *American Academy of Forensic Sciences 69th Annual Meeting*, New Orleans, LA; February 13-18.

Kimble, A.N., Arroyo, L., and **DeCaprio, A.P.** (2016). Triggered MRM database for the comprehensive detection of novel psychoactive substances by LC-QqQ-MS. *5th Annual IFRI Forensic Science Symposium,* Miami, FL; March 15-16.

Eckberg, M., Arroyo, L., and **DeCaprio, A.P.** (2016). Expanded compound database and high resolution MS/MS spectral library for the detection of designer drugs by LC-QTOF-MS. *5th Annual IFRI Forensic Science Symposium,* Miami, FL; March 15-16.

Linero, V., Arroyo-Mora, L.E., and **DeCaprio, A.P.** (2016). Simultaneous toxicological screening of multiple drugs in human urine by online-SPE LC-QqQ-MS/MS analysis. *251st American Chemical Society National Meeting & Exposition*, San Diego, CA; March 13-17.

Eckberg, M., Arroyo-Mora, L., and **DeCaprio, A.P.** (2015). Expanded compound database and high resolution MS/MS spectral library for the detection of designer drugs by LC-QTOF-MS. *Annual Meeting of the Society of Forensic Toxicologists,* Atlanta, GA; October 18-23.

Kimble, A., Arroyo-Mora, L., and **DeCaprio, A.P.** (2015). Triggered MRM database for the comprehensive detection of novel psychoactive substances by LC-QqQ-MS. *Annual Meeting of the Society of Forensic Toxicologists,* Atlanta, GA; October 18-23.

Arroyo-Mora, L., Dominguez-Martinez, C., Leon, L., Sadjadi, M., and **DeCaprio, A.P.** (2015). Designer drug portable database and spectral library. *Annual Meeting of the Society of Forensic Toxicologists,* Atlanta, GA; October 18-23.

Seither, J.Z. and **DeCaprio, A.P.** (2015). Investigation into the applicability and reproducibility of MS/MS (CID) spectral data for the identification of designer drug regioisomers by LC-QTOF-MS. *Annual Meeting of the Society of Forensic Toxicologists,* Atlanta, GA; October 18-23.

Mulet, C.T., Leon, L.A., Arroyo, L.E., and **DeCaprio, A.P.** (2015). Quantitative analysis of methylphenidate (Ritalin®) and ritalinic acid in oral fluid by liquid chromatography/triple quadrupole/mass spectrometry (LC/QqQ/MS). *American Academy of Forensic Sciences 67th Annual Meeting*, Orlando, FL; February 16-21.

Thompson, V.R. and **DeCaprio, A.P.** (2014). Utilizing protein adducts as exposure markers for nitrogen mustard chemical warfare agents. *American Academy of Forensic Sciences 66th Annual Meeting*, Seattle, WA; February 17-22.

Seither, J.Z., Arroyo, L.E., and **DeCaprio, A.P.** (2014). Qualitative screening of

multiple designer drug classes using polymer-based SPE and LC/QTOF/MS. *American Academy of Forensic Sciences 66th Annual Meeting*, Seattle, WA; February 17-22.

Arroyo-Mora,L.E., Mulet, C.T.,Yu, H.X., Ginley, T. and **DeCaprio, A.P.** (2014). Analysis of methylphenidate (ritalin) and ritalinic acid in oral fluid by liquid chromatography-triple quadrupole mass spectrometry (LC/QqQ-MS). 3rd *Annual IFRI Forensic Science Symposium*, Miami, FL; April 30-May 1.

Broomes, A.-M., Mulet, C.T., Arroyo-Mora, L.E., and **DeCaprio, A.P.** (2014). Quantitative analysis of designer drugs in oral fluid using liquid chromatography triple quadrupole mass spectrometry (LC/QQQ-MS). 3rd *Annual IFRI Forensic Science Symposium*, Miami, FL; April 30-May 1.

Seither, J.Z., Arroyo, L.E., and **DeCaprio, A.P.** (2014). Qualitative screening of multiple designer drug classes using polymer-based SPE and LC-QTOF-MS. 3rd *Annual IFRI Forensic Science Symposium*, Miami, FL; April 30-May 1.

Thompson, V.R. and **DeCaprio, A.P.** (2014). Utilizing protein adducts as exposure markers for nitrogen mustard chemical warfare agents. *American Academy of Forensic Sciences 66th Annual Meeting,* Seattle, WA; February 17-22.

Seither, J.Z., Arroyo, L.E., and **DeCaprio, A.P.** (2014). Qualitative screening of multiple designer drug classes using polymer-based SPE and LC/QTOF/MS. *American Academy of Forensic Sciences 66th Annual Meeting,* Seattle, WA; February 17-22.

**DeCaprio, A.P.**, Möller, C., Rotello, V., Burmaoglu, S., Dawn, S., and Bermudez, H. (2013). Platform for high-throughput analysis of protein adducts for carcinogen exposure assessment.  *14th Principal Investigators Meeting: NCI Innovative Molecular Analysis Technologies Program,* Bethesda, MD; November 21-22.

Mulet, C.T., Arroyo-Mora, L.E., Leon, L.A., and **DeCaprio, A.P.** (2013). Simultaneous determination of testosterone and cortisol in human saliva by solid phase extraction and liquid chromatography-triple quadrupole mass spectrometry. *Annual Biomedical Research Conference for Minority Students, American Society for Microbiology, November 13-16, Nashville, TN.*

Thompson, V.R. and **DeCaprio, A.P.** (2013). Protein adducts of nitrogen mustard chemical warfare agents to human serum albumin as potential biomarkers of exposure (platform presentation). *Annual Meeting of the Society of Forensic Toxicologists,* Orlando, FL, October 27-November 1.

Seither, J.Z., Arroyo, L.E., and **DeCaprio, A.P.** (2013). High resolution MS/MS spectral library and compound database for the detection of designer drugs by LC-QTOF-MS. *Annual Meeting of the Society of Forensic Toxicologists,* Orlando, FL, October 27-November 1.

Broomes, A.-M., Arroyo, L.E., and **DeCaprio, A.P.** (2013). Comprehensive

screening and quantitation of designer drugs by LC-QQQ-MS/MS analysis. *Annual Meeting of the Society of Forensic Toxicologists,* Orlando, FL, October 27-November 1.

Broomes, A.-M., Arroyo, L.E., and **DeCaprio, A.P.** (2013). Comprehensive screening and quantitation of designer drugs by LC-QQQ-MS/MS analysis. *2nd Annual IFRI Forensic Science Symposium*, Miami, FL; March 13-14.

Seither, J.Z., Arroyo, L.E., and **DeCaprio, A.P.** (2013). Development of a high resolution MS/MS spectral library and a compound database for the identification of designer drugs by LC-QTOF-MS. *2nd Annual IFRI Forensic Science Symposium*, Miami, FL; March 13-14.

**DeCaprio, A.P.**, Broomes, A.-M., Seither, J.Z., Swortwood, M.J., Arroyo-Mora, L.E. (2013). Broad-based screening of bath salts, synthetic cannabinoids, and other designer drugs by LC-QQQ-MS and LC-QTOF-MS. *2nd Annual IFRI Forensic Science Symposium*, Miami, FL; March 13-14.

Swortwood, M.J., Hearn, W.L., and **DeCaprio, A.P.** (2013). Cross-reactivity of cathinone derivatives and other designer drugs in commercial immunoassays. *2nd Annual IFRI Forensic Science Symposium*, Miami, FL; March 13-14.

Schneider, K.J. and **DeCaprio, A.P.** (2013). Covalent thiol adducts arising from cocaine and morphine biotransformation. *Society of Toxicology 52nd Annual Meeting,* San Antonio, TX; March 10-14.

Thompson, V.R. and **DeCaprio, A.P.** (2013). Characterization of protein adducts of nitrogen mustards as potential exposure biomarkers. *Society of Toxicology 52nd Annual Meeting,* San Antonio, TX; March 10-14.

Swortwood, M.J., Hearn, W.L., and **DeCaprio, A.P.** (2013). Cross-reactivity of cathinone derivatives and other designer drugs in commercial enzyme-linked immunosorbent assays (platform presentation). *American Academy of Forensic Sciences 65th Annual Meeting,* Washington, DC; February 18-23.

**DeCaprio, A.P.**, Moller, C., Burmaoglu, S., Solfiell, D., Bermudez, H., Dawn, S., and Rotello, V. (2012). Platform for high-throughput analysis of protein adducts for carcinogen exposure assessment. *13th Principal Investigators Meeting: NCI Innovative Molecular Analysis Technologies Program,* Houston, TX; November 27-28.

Swortwood, M.J., Boland, D.M., and **DeCaprio, A.P.** (2012). Determination of designer drugs in post-mortem blood by LC-MS/MS analysis. *21st International Symposium on the Forensic Sciences, Australian and New Zealand Forensic Science Society;* Hobart, Tasmania, September 23-27.

Schneider, K.J. and **DeCaprio, A.P.** (2012).  Identification of specific cytochrome P450 isozymes mediating biotransformation of three common drugs of abuse. *Annual Meeting of the Society of Forensic Toxicologists*, Boston, MA; July 1-6.

Swortwood, M.J., Boland, D.M. and **DeCaprio, A.P.** (2012).  Determination of designer drugs in post-mortem blood by LC-QQQ-MS/MS analysis.  *Annual Meeting of the Society of Forensic Toxicologists*, Boston, MA; July 1-6.

Thompson, V. and **DeCaprio, A.P.** (2012). Characterization of protein adduction of nitrogen mustard chemical warfare agents to model peptides. *ACS 2012 Florida Annual Meeting and Exposition*; Tampa, FL, May 17-19.

**DeCaprio, A.P.** (2012).  Bath salts and other designer drugs.  *Annual IFRI Forensic Science Symposium*, Miami, FL; March 10.

Swortwood, M.J. and **DeCaprio, A.P.** (2012).  Determination of cathinone derivatives and other designer drugs in serum by comprehensive LC triple quadrupole MS/MS analysis.  *Annual IFRI Forensic Science Symposium*, Miami, FL; March 9.

Thompson, V. and **DeCaprio, A.P.** (2012).  Protein adduct based biomarkers of chemical warfare agents: characterization of HN-2 and HN-3 adduction of model peptides. *Annual IFRI Forensic Science Symposium*, Miami, FL; March 9.

Schneider, K.J. and **DeCaprio, A.P.** (2012).  Evaluation of in vitro metabolic assay systems for common drugs of abuse. *Annual IFRI Forensic Science Symposium*, Miami, FL; March 9.

Schneider, K.J. and **DeCaprio, A.P.** (2011).  Evaluation of *in vitro* metabolic assay systems for common drugs of abuse. *Joint Meeting of the Society of Forensic Toxicologists and The International Association of Forensic Toxicologists,* San Francisco, CA; September 25-30.

Swortwood, M.J. and **DeCaprio, A.P.** (2011).  Determination of cathinone derivatives and other designer drugs in serum by comprehensive LC-triple quadrupole MS/MS analysis. *Joint Meeting of the Society of Forensic Toxicologists and The International Association of Forensic Toxicologists,* San Francisco, CA; September 25-30.

Thompson, V. and **DeCaprio, A.P.** (2011).  Protein adduct based biomarkers of chemical warfare agents: characterization of HN-2 and HN-3 adduction of model peptides. *Joint Meeting of the Society of Forensic Toxicologists and The International Association of Forensic Toxicologists,* San Francisco, CA; September 25-30.

Zhang, L.H., LoPachin, R.M., and **DeCaprio, A.P.** (2010).  2,5-Hexanedione (HD) impairs the cytoskeletal protein interactions of microtubule associated proteins (MAPs).  *Society of Toxicology 49th Annual Meeting,* Salt Lake City, UT; March 7-10.

Kerger, B.D., Copeland, T.L., and **DeCaprio, A.P.** (2010).  Tenuous dose-response correlations for common disease states: Case study of cholesterol and perfluorooctanoate/sulfonate (PFOA/PFOS) in the C8 Health Project.  *Society of Toxicology 49th Annual Meeting,* Salt Lake City, UT; March 7-10.

Schneider, K.J. and **DeCaprio, A.P.** (2010).  Covalent protein adduction by drugs of abuse.  *American Academy of Forensic Sciences 62nd Annual Meeting,* Seattle, WA; February 22-27.

Mills, W.J., Tondeur, Y., Hart, J., Patterson, D.G., and **DeCaprio, A.P.** (2010). Sources of errors in clinical chemical analysis of PCBs and recommended practices to avoid them.  *Dioxin 2010; 30th International Symposium on Halogenated Persistent Organic Pollutants,* San Antonio, TX; September 12-17.

Zhang, L.H., LoPachin, R.M., Altman, S., and **DeCaprio, A.P.** (2009). 2,5-Hexanedione adduction impairs neurofilament subunit interaction with cytoskeletal polymer. *Society of Toxicology 48th Annual Meeting,* Baltimore, MD; March 15-19.

James, R.C., Kerger, B.D., Roberts, S.M., Payer, A.F., O'Hehir, D.J., and **DeCaprio, A.P.** (2008).  Higher polychlorinated biphenyl (PCB) levels and ratios in skin lipids relative to adjacent subcutaneous adipose lipids. *Society of Toxicology 47th Annual Meeting,* Seattle, WA; March 16-20.

Copeland, T.L., Black, P., Duffy, P., **DeCaprio, A.P.**, O'Hehir, D.J., and Kerger, B.D. (2008).  Comparison of congener-specific and Aroclor quantitation methods for assuring remediation of polychlorinated biphenyls and associated dibenzofurans at a former wastewater treatment plant.  *Society of Toxicology 47th Annual Meeting,* Seattle, WA; March 16-20.

**DeCaprio, A.P.**, Johnson, G.W., Reece, M.T., Staudenmeyer, J.W., Arcaro, K.F. (2008). Multivariate statistical analysis of polychlorinated biphenyl congener profiles in breast milk.  *International Society for Environmental Epidemiology and International Society of Exposure Analysis Joint Meeting*, Pasadena, CA; Oct. 12-16.

Schell, L.M., Gallo, M.V., **DeCaprio, A.P.**, Ravenscroft, J. (2008). Is immune function altered by exposure to common pollutants?  *Proceedings of the Human Biology Association 33rd Annual Meeting,* Columbus, OH; April 10.

Codru, N., Schymura, M., **DeCaprio, A.**, Rej, R., and Carpenter, D.O. (2007). Impaired glucose metabolism and diabetes in relation to serum concentrations of polychlorinated biphenyls (PCBs) and chlorinated pesticides in adult native Americans. *American Academy of Clinical Chemistry Annual Meeting*, San Diego, CA; July 15-19.

**DeCaprio, A.P.**, LoPachin, R.M., and Lin, Q. (2006).  Neurofilament protein adduct formation in spinal cord fractions of 2,5-hexanedione intoxicated rats. *Society of Toxicology 45th Annual Meeting,* San Diego, CA; March 5-9.

Arcaro, K., Staudenmayer, J., **DeCaprio, A.**, Wang, J., and Reece, M. (2005). Analysis of environmental pollutants in breast milk and DNA damage in breast-milk cells.  *Society of Toxicology 44th Annual Meeting,* New Orleans, LA; March 6-10.

Schell, L. M., Denham, M., Gallo, M. V., Ravenscroft, J., and **DeCaprio, A.** (2005). Thyroid function and pollutant exposure among Akwesasne Mohawk youth.  *American Association of Physical Anthropologists 74th Annual Meeting*, Milwaukee, WI; April 6-9.

Denham, M., Deane, G., Gallo, M. V., Ravenscroft, J., **DeCaprio, A.**, and Schell, L.M.  (2004).  Age at menarche among Akwesasne Mohawk girls exposed to lead, mercury, mirex, dichlorodiphenyldichloroethane (DDE), hexachlorobenzene (HCB) and polychlorinated biphenyls (PCBs). *Human Biology Association 29th Annual Meeting*, Tampa, FL; April 15-15.

**DeCaprio, A.P.**, Johnson, G.W., and Tarbell, A.M. (2003).  PCB congener patterns as exposure biomarkers in adult Mohawks.  *International Association for Great Lakes Research (IAGLR), 46th Annual Conference,* Chicago, IL; June 22-25.

**DeCaprio, A.P.**, Tarbell, A.M., and Johnson, G.W. (2003). Multivariate analysis of human serum PCB congener profiles as source-, route-, and metabolism-specific exposure biomarkers. *International Society of Exposure Analysis (ISEA), 13th Annual Conference,* Stresa, Italy; Sept. 21-25.

Johnson, G.W., Tarbell, A.M., and **DeCaprio, A.P.** (2002).  Patterns of PCB congeners in blood serum of Akwesasne Mohawks.  *Society of Toxicology and Environmental Chemistry (SETAC) Annual Meeting,* Salt Lake City, UT; November.

Gallo, M., Ravenscroft, J., Schell, L., **DeCaprio, A.**, and Denham, M. (2002). Growth of Akwesasne Mohawk adolescents and environmental contaminants. *American Association of Physical Anthropologists 71st Annual Meeting*, Buffalo, NY; April 10-13.

Schell, L., **DeCaprio, A.**, and Gallo, M. (2002). Thyroid function and polychlorinated biphenyls (PCBs) in adolescents of the Akwesasne Mohawk Nation.  *American Association of Physical Anthropologists 71st Annual Meeting*, Buffalo, NY; April 10-13.

Kinney, E.A. and **DeCaprio, A.P.** (2001).  Comparative neurotoxicity and protein binding of 2,5-hexanedione and 3-acetyl-2,5-hexanedione in the rat. *Toxicol. Sci.* 60, 366.

**DeCaprio, A.P.**, O'Hehir, C.M., Tarbell, A.M., and Hubicki, L. (2001).  Prevalence and patterns of 100+ serum PCB congeners in a Native American cohort. *Toxicol. Sci.*, 60, 234.

Schell, L.M., **DeCaprio, A.P.**, Gallo, M., and Hubicki, L. (2000).  Polychlorinated biphenyls (PCBs) and thyroid function in adolescents of the Mohawk Nation at Akwesasne.  *Acta Medica Auxologica* 32, 71.

Hubicki, L., **DeCaprio, A.**,  Casey, A., and Carpenter, D. (1999). Analysis of patterns of congeners of polychlorinated biphenyls (PCBs) in human serum and

indoor/outdoor air samples. *Network Meeting: International Training and Research Program in Environmental and Occupational Health (Fogarty International Center);* Research Triangle Park, NC; Feb. 22-23, 1999.

Sukdolova, V., Negoita, S., Hubicki, L., **DeCaprio, A.**, and Carpenter, D.O. (1999). The assessment of risk to acquired hypothyroidism from exposure to PCBs: A study among Akwesasne Mohawk women. *Organochlorine Contamination in Central and Eastern Europe: Hazard and Risk for Humans and the Environment*; Balantonfoldvar, Hungary; Sept. 19-22, 1999.

Zhu, M., Spink, D.C., Yan, B., Bank, S., and **DeCaprio, A.P.** (1995). Role of biological thiols and amines in 2,5-hexanedione-induced protein crosslinking. *Toxicologist* 15, 210.

**DeCaprio, A.P.**, Fowke, J.H., and Kinney, E.A. (1995). Regioselective binding of 2,5-hexanedione to high-molecular-weight rat neurofilament proteins *in vitro*. *Toxicologist* 15, 210.

Zhu, M., Spink, D.C, and **DeCaprio, A.P.** (1993). A novel autoxidative dimerization of 2,5-dimethyl-N-alkylpyrrole adducts in 2,5-hexanedione-treated amines, peptides, and protein. *Toxicologist* 13, 116.

Zhu, M., Yan, B., Spink, D.C., Hauer, C.R., Bank, S., and **DeCaprio, A.P.** (1993). Structural elucidation of covalent protein crosslinking induced by the neurotoxicant 2,5-hexanedione. *ISSX Proceedings* 4, 120.

**DeCaprio, A.P.** and Fowke, J.H. (1992). Selective pyrrole adduction of neurofilament protein lysines by 2,5-hexanedione *in vitro*. *Toxicologist* 12, 192.

**DeCaprio, A.P.** and Fowke, J.H. (1991). *In vitro* covalent lysine adduct formation by carbon disulfide in native and cysteine-blocked bovine serum albumin. *Toxicologist* 11, 307.

**DeCaprio, A.P.** and Jackowski, S.J. (1987). Comparative neurotoxicity and pyrrole-forming potential of 2,5-hexanedione and perdeutero-2,5-hexanedione in the rat. *Toxicologist* 7, 130.

**DeCaprio, A.P.** (1986). Hexane neuropathy: Studies in experimental animals and man. *Human Toxicol.* 5, 112.

**DeCaprio, A.P.** (1986). Mechanism of pyrrole autoxidation in 2,5-hexanedione-treated protein. *Toxicologist* 6, 189.

**DeCaprio, A.P.** and O'Neill, E.A. (1985). Alterations in rat axonal cytoskeletal proteins induced by 2,5-hexanedione exposure. *Toxicologist* 5, 199.

**DeCaprio, A.P.**, Weber, P., and Abraham, R. (1982). In vivo formation of substituted pyrrole adducts and neurotoxicity of 2,5-hexanedione in the hen. *Toxicologist* 2, 156.

**DeCaprio, A.P.** and Weber, P. (1981). Conversion of lysine ε-amino groups to substituted pyrrole derivatives by 2,5-hexanedione: A possible mechanism of protein binding. *Toxicologist* 1, 134.

**DeCaprio, A.P.**, Olajos, E.J., and Rosenblum, I. (1980). Effects of acute organophosphate exposure on a myelin-specific enzyme in hen CNS. *Abstracts: Society of Toxicology 19th Annual Meeting*; Washington, DC; March 9-13, 1980, A31.

**DeCaprio, A.P.** and Weber, P. (1980). *In vitro* studies on the amine group reactivity of a neurotoxic hexacarbon solvent. *Pharmacologist* 22, 222.

### *Other Publications:*

Swortwood, M.J., Boland, D.M., and **DeCaprio, A.P.** (2013). Determination of 32 Cathinone Derivatives and Other Designer Drugs in Serum by Comprehensive LC-QQQ-MS/MS Analysis. *Agilent Technologies, Inc.; Application Note 5991-1956-EN.*

### *Monograph:*

**DeCaprio, A.P.** (2006). IRIS Toxicological Review Document: Congener Patterns of PCBs in Environmental Media, Biota, Food, and Human Tissues; National Center for Environmental Assessment, U.S. Environmental Protection Agency, Washington; NCEA Contracts 2W-1716-NATX and 4W-1419-NBEX.

### *Doctoral Thesis:*

**DeCaprio, A.P.** (1981). Neurotoxicity and pyrrole-forming potential of 2,5-hexanedione and related diketones in the hen. Institute for Comparative and Human Toxicology, Albany Medical College, Albany, NY.